# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 132 HEALTH AND WELFARE FUND;
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL NO. 132 PENSION FUND;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 132 APPRENTICIESHIP AND SKILLS IMPROVMENT FUND;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 132 ANNUITY AND SAVINGS FUND; and
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 132, AFL-CIO,

    Plaintiffs,

v.           CIVIL ACTION NO.   3:20-00417

OVERCASH PIPELINE, LLC.,
a North Carolina Corporation,

    Defendant.

## MEMORANDUM OPINION AND ORDER

On September 15, 2020, the Clerk of this Court entered a default, consistent with *Fed. R. Civ. P.* 55(a) against the defendant Overcash Pipeline, LLC. ECF No. 9. Shortly thereafter, the plaintiffs filed a motion for default judgment and an affidavit in support of that motion. ECF No. 10. The motion and affidavit set forth the amount of damages due. It is also apparent that the defendant is neither an infant, an incompetent, nor a member of the United States Military. Based upon its review of the motion, exhibits, and affidavit, the Court has determined that a hearing is unnecessary.

-2-

In accordance with *Fed. R. Civ. P.* 55(b), the Court **ENTERS** default judgment against the defendant for the sum of **$61,816.60**, plus post-judgment interest at the legal rate of .15 until the judgment is paid, and for the costs of this action.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and to the defendant.

ENTERED: October 15, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE